```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KLAUBER BROTHERS, INC.                         :
                                               :
                        Plaintiff,             :
                                               :       1:21-cv-4526-GHW
        -against-                              :
                                               :           ORDER
                                               :
URBN US RETAIL LLC,                            :
ANTHROPOLOGIE (DELAWARE), INC.,                :
BHLDN.COM LLC,                                 :
URBAN OUTFITTERS, INC., and                    :
DOES 1 through 10                              :
                                               :
                        Defendants.            :
                                               :
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On June 10, 2022, the Court held a conference to discuss Defendants' request to file a motion to dismiss Plaintiff's second amended complaint. For the reasons articulated on the record during the conference, Defendants' request is granted. Defendants' motion is due no later than June 27, 2022. Plaintiff's opposition is due no later than three weeks following service of Defendants' motion. Defendants' reply, if any, is due no later than one week following service of Plaintiff's opposition.

In addition, for the reasons articulated on the record during the June 10, 2022 conference, discovery in this case is stayed pending resolution of Defendants' motion to dismiss.

SO ORDERED.

Dated: June 10, 2022
New York, New York
                                        _____
                                            GREGORY H. WOODS
                                         United States District Judge